IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

HUMBERTO RAMIREZ, JR.,             §
(TDCJ # 1105411),                  §
    Petitioner,              §
VS.                                §   CIVIL ACTION NO.4:06-CV-506-Y
                                   §
NATHANIEL QUARTERMAN, Director,    §
T.D.C.J., Correctional             §
Institutions Div.,                 §
    Respondent.              §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Humberto Ramirez Jr., along with the October 24, 2006, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until November 14, 2006, to file written objections to the findings, conclusions, and recommendation.  As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 24, 2006. The Court concludes that the petition for writ of habeas corpus should be dismissed with prejudice, in part, and denied, in part, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

The respondent's motion to dismiss [docket no. 7] is GRANTED, as to all claims except ground one as to the November 2005 denial of release to mandatory supervision.

Ramirez's ground one in the petition for writ of habeas corpus, that the Texas Board of Pardons and Paroles illegally and unconstitutionally denied his release to mandatory supervision, as it relates to the November 2005 denial of such release, is DENIED.

All remaining grounds for relief in the petition for writ of habeas corpus are DISMISSED WITH PREJUDICE.

SIGNED November 27, 2006.


TERRY R. MEANS
UNITED STATES DISTRICT JUDGE